**Ramon DEL CAMPO, Plaintiff–Appellant**

v.

**CARGILL MEAT PACKING, Defendant–Appellee.**

No. 07–10730
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 25, 2008.

Ramon Del Campo, pro se.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Ramon Del Campo has applied for leave to proceed *in forma pauperis* (IFP) in this appeal from the dismissal of his civil rights complaint. Del Campo also seeks appointment of counsel on appeal.

"Under 28 U.S.C. § 1915(a), a federal court may refuse to certify an appeal for *in forma pauperis* status if it is not taken in good faith." *Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Del Campo's IFP motion is construed as a challenge of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the district court's refusal to certify his appeal. *See Baugh v. Taylor,* 117 F.3d 197, 202 (5th Cir.1997). The court's inquiry into whether the appeal is taken in good faith "is limited to whether the appeal involves legal points arguable on their merits (and therefore not frivolous)." *Id.* at 220 (quotation marks omitted). Del Campo provides no legal argument to show that he presented any claim on which the federal district court could have granted him relief under the alleged facts.

The motion for leave to proceed IFP on appeal is denied. Del Campo has shown no exceptional circumstances that warrant an appointment. Del Campo's motion for appointment of counsel is denied. Del Campo's appeal is without arguable merit, and is dismissed as frivolous. *See* 5TH CIR. R. 42.2; *Baugh,* 117 F.3d at 202 n. 24.

IFP DENIED; APPOINTMENT OF COUNSEL DENIED; APPEAL DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.